STATE OF NORTH CAROLINA v. CURTIS BALDWIN SHOFF

No. 244PA95

(Filed 9 February 1996)

**Appeal and Error § 115 (NCI4th)— order denying double jeopardy claim—no immediate appeal**

The Court of Appeals correctly held that an order denying defendant's motion to dismiss a driving while impaired charge on double jeopardy grounds was interlocutory and nonappealable.

**Am Jur 2d, Appellate Review § 239.**

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 118 N.C. App. 724, 456 S.E.2d 875 (1995), dismissing as interlocutory and nonappealable defendant's attempted appeal from an order entered by Allen (C. Walter), J., on 23 February 1994 in Superior Court, Buncombe County, denying defendant's motion to dismiss (on double jeopardy grounds) a charge that defendant was driving while impaired. Heard in the Supreme Court 15 December 1995.

*Michael F. Easley, Attorney General, by Isaac T. Avery, III, Special Deputy Attorney General, for the State.*

*Wade Hall for defendant-appellant.*

PER CURIAM.

The Court of Appeals correctly held that the order at issue was interlocutory and nonappealable. *State v. Henry*, 318 N.C. 408, 348 S.E.2d 593 (1986). The decision of the Court of Appeals is therefore